**Fill in this information to identify the case:**

Debtor name: Fore Machine, LLC, et al.

United States Bankruptcy Court for the: Northern District of Texas (State)

Case number (If known): 22-40487

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Fore Inc.<br>12565 Palmer Dr<br>Fort Worth, TX 76179 | Attn: Legal Dept.<br>P: 817-834-6251<br>F: | Trade Payable | | | | $5,417,854.18 |
| 2 | AJ Rod<br>6714 Brittmoore Rd<br>Houston, TX 77041 | Attn: Legal Dept.<br>P: 713-921-6111<br>F: 713-923-4968<br>christie.barnes@ajrodco.com | Trade Payable | | | | $441,819.35 |
| 3 | Sierra Alloys Company<br>5467 Ayon Ave<br>Irwindale, CA 91706 | Attn: Legal Dept.<br>P: 626-969-6711<br>F: 626-969-6719<br>info@sierraalloys.com | Trade Payable | | | | $357,904.64 |
| 4 | Prism Aerospace, Inc.<br>3087 12th Street<br>Riverside, CA 92507 | Attn: Legal Dept.<br>P: 951-582-2850<br>F:<br>contracts@prismaerospace.com | Trade Payable | | | | $357,008.60 |
| 5 | Titanium Industries<br>4113 Solutions Center<br>Chicago, IL 60677-4001 | Attn: Legal Dept.<br>P: 973-983-1185<br>F: 973-983-8015<br>sales@titanium.com | Trade Payable | | | | $264,238.63 |
| 6 | Prospect Mold & Die Company<br>1100 Main Street<br>Cuyahoga Falls, OH 44221 | Attn: Legal Dept.<br>P: 330-929-3311<br>F:<br>gletta@prospectmold.com | Trade Payable | | | | $173,972.40 |
| 7 | RSM US LLP<br>5155 Paysphere CIrcle<br>Chicago, IL 60674 | Attn: Legal Dept.<br>P: 972-764-7100; 415-848-5300<br>F:<br>mary.goldsmith@rsmus.com | Trade Payable | | | | $157,848.00 |
| 8 | LTTS Machine<br>1051 S Forest Ave<br>Fort Worth, TX 76112 | Attn: Legal Dept.<br>P: 817-615-1173<br>F:<br>fernandotorres@lttsmachingeshop.com | Trade Payable | | | | $151,325.51 |

Debtor  **Fore Machine, LLC, et al.**
Name

Case number (*if known*) 22-40487

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 **Mag Capital Partners, LLC**<br>1751 River Run Ste 200<br>Fort Worth, TX 76107 | Attn: Legal Dept.<br>P: 972-515-7999<br>F:<br>contact@magcp.com | Landlord | | | | $148,037.55 |
| 10 **Cpp-Port Hueneme**<br>705 Industrial Avenue<br>Port Hueneme, CA 93041 | Attn: Legal Dept.<br>P: 805-488-6451<br>F: 805-488-4129 | Trade Payable | | | | $144,460.24 |
| 11 **Specialty Steel Treating**<br>34501 Commerce Rd<br>Fraser, MI 48026 | Attn: Legal Dept.<br>P: 586-293-5355<br>F: 586-293-5390<br>acctsrec@sst.net | Trade Payable | | | | $137,894.64 |
| 12 **Graco Supply Company**<br>3200 Ave E East<br>Arlington, TX 76011-5231 | Attn: Legal Dept.<br>P: 817-535-3200<br>F: 817-534-1127<br>info@gracoroberts.com | Trade Payable | | | | $129,572.80 |
| 13 **Specialty Ring Products**<br>2374 State Road<br>Bensalem, PA 19020-0807 | Attn: Legal Dept.<br>P: 215-245-7060<br>F: 215-245-7065<br>sales@specialtyring.com | Trade Payable | | | | $119,044.00 |
| 14 **CML Aviation, Inc**<br>709 N Deerfield Ct<br>Andover, KS 67002 | Attn: Legal Dept.<br>P: 49-6322-95670<br>F:<br>north-america-sales@cml-it.com | Trade Payable | | | | $118,163.00 |
| 15 **Next Level Tooling & Manufacturing**<br>113 Colonial Parkway<br>Burleson, TX 76028 | Attn: Legal Dept.<br>P: 682-433-2997<br>F:<br>Melissa@NextLevelMfg.com | Trade Payable | | | | $96,650.00 |
| 16 **Vandergrif**<br>4209 Murray Ave.<br>Ft Worth, TX 76117 | Attn: Legal Dept.<br>P: 817-485-1248<br>F: 817-485-7703<br>terry@vandergriff.net | Trade Payable | | | | $67,801.00 |
| 17 **Sigma Aerospace**<br>365 Oser Ave<br>Hauppauge, NY 11788 | Attn: Legal Dept.<br>P: 631-243-2100<br>F: 631-231-7446<br>greg@sigmaaero.com | Trade Payable | | | | $65,860.85 |
| 18 **Thysenkrupp**<br>PO Box 2625<br>Carol Stream, IL 60132-2625 | Attn: Legal Counsel<br>P: 469-265-3005 x53005<br>F: | Trade Payable | | | | $62,730.38 |
| 19 **Quiktek Machine LLC**<br>1901 Southwest Blvd<br>Wichita, KS 67213 | Attn: Legal Dept.<br>P: 316-260-9980<br>F: 859-987-2563<br>sales@quicktekmachining.com | Trade Payable | | | | $61,882.00 |
| 20 **Rmp Industrial Supply**<br>3209 Stuart Dr.<br>Fort Worth, TX 76110 | Attn: Legal Dept.<br>P: 817-927-1966<br>F: | Trade Payable | | | | $59,935.77 |

Debtor  Fore Machine, LLC, et al.
         _Name_

Case number (if known) 22-40487

| # | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 21 | **Cre8tive Technology and Design** 4660 La Jolla VIllage Drive, Ste 100 San Diego, CA 92122 | Attn: Legal Dept. P: 858-457-2786 F: | Trade Payable | | | | $58,214.80 |
| 22 | **Frazier Aviation, Inc** 445 N. Fox Street San Fernando, CA 91340 | Attn: Legal Dept. P: 818-898-1998 F: 818-837-9546 nicole@frazieraviation.com | Trade Payable | | | | $52,000.00 |
| 23 | **Gears By Design** 4009 Chisholm Trail Rd. Crowley, TX 76036 | Attn: Legal Dept. P: 817-944-5571 F: | Trade Payable | | | | $51,414.00 |
| 24 | **Delta Gear, Inc.** 36251 Schoolcraft Rd Livonia, MI 48150 | Attn: Legal Dept. P: 734-525-8000 F: | Trade Payable | | | | $50,420.00 |
| 25 | **General Aviation Industries** 415 Jones Road Weatherford, TX 76088 | Attn: Legal Dept. P: 817-598-4848 F: accounting@gaiinc.net | Trade Payable | | | | $49,328.56 |
| 26 | **Metal Improvement** PO Box 735752 Dallas, TX 75373-5752 | 160 - Dallas, Attn: Legal Counsel P: 972-641-8011 F: | Trade Payable | | | | $46,512.02 |
| 27 | **Howmet Aerospace/ Howmet Fastening System** 7336 Solution Center Chicago, IL 60677-7003 | Attn: Legal Dept. P: F: | Trade Payable | | | | $46,209.00 |
| 28 | **Epicor Software Corporation** 804 Las Cimas Parkway Austin, TX 78746 | Attn: Legal Dept. P: 512-328-2300 F: | Trade Payable | | | | $45,225.09 |
| 29 | **Earle M Jorgensen Co** 10650 Alameda Street Lynwood, CA 90262 | Attn: Legal Dept. P: 214-741-1761 F: | Trade Payable | | | | $44,887.69 |
| 30 | **Bell Helicopter** Post Office Box 482 Fort Worth, TX 76101 | Attn: Legal Counsel P: 817-280-4595 F: | Contractual Damages | C/U/D | | | **Undetermined** |

Official Form 204     Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     page 3