

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed March 28, 2022**



**United States Bankruptcy Judge**

---

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| Fore Machine, LLC, *et al.*,[1] | § | Case No. 22-40487-mxm-11 |
| | § | |
| Debtors. | § | (Jointly Administered) |

### ORDER GRANTING MOTION FOR EXPEDITE HEARING ON
### UNOPPOSED MOTION TO RECONSIDER, OR IN THE ALTERNATIVE,
### AMEND AGREED SCHEDULING ORDER
### [Relates to Docket No. 126]

The matter having come before this Court on the *Motion for Expedited Hearing on Unopposed Motion to Reconsider, or in the Alternative, Amend Agreed Scheduling Order* (the "Motion to Expedite") [Docket No. 126] filed by The Official Committee of Unsecured Creditors (the "Committee"). The Court finds that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. The Court finds that this is a core proceeding pursuant to 28 U.S.C. §

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fore Machine, LLC (1850), Fore Aero Holdings, LLC (2671), Fore Capital Holding, LLC (2920), and Aero Components, LLC (8616). The service address for Fore Aero Holdings, LLC, Fore Machine, LLC, and Fore Capital Holding, LLC is: 5933 Eden Drive, Haltom City, Texas 76117. The service address for Aero Components, LLC is 5124 Kaltenbrun Rd, Fort Worth, Texas 76119.

157(b)(2)(A).  The Court finds that proper and adequate notice of the Motion to Expedite has been given and that no other or further notice is necessary.  The Court finds, after due deliberation, that there is sufficient justification for the relief requested in the Motion to Expedite.  Accordingly,

**IT IS HEREBY ORDERED THAT:**

1.      The Motion to Expedite is **GRANTED**.

2.      *Unopposed Motion to Reconsider, or in the Alternative, Amend Agreed Scheduling Order* (the "<u>Motion</u>") [Docket No. 125] has been set for **Thursday, March 31, 2022 at 10:30 a.m. (prevailing Central Time)** at Room 128, United States Courthouse, 501 West 10th Street, Fort Worth, Texas 76102.

3.      This hearing will also be held as a hybrid hearing and via WebEx.  The WebEx link for video participation and/or attendance at the hearing is <u>https://us-courts.webex/com/meet/mullin</u>.  Additionally, WebEx telephonic only participation and or attendance is available at Dial-In: 1-650-479-3207 and Meeting ID: 474 603 746.  A copy of the WebEx Hearing Instructions for the Hearing is attached hereto as **Exhibit "A"**. Alternatively, the WebEx Hearing Instructions for the Hearing may be obtained from Judge Mullin's hearing/calendar site at: <u>https://www.txnb.uscourts.gov/content/judge-mark-x-mullin</u>.

4.      A copy of this Order shall be served on all parties in interest through the Debtors' noticing agent upon entry.

### ###End of Order###

**Prepared and submitted by:**

M. Jermaine Watson
State Bar No. 24063055
Email: <u>jwatson@canteyhanger.com</u>
Matthew Alagha
State Bar No. 24094502
Email: <u>malagha@canteyhanger.com</u>
Preston R. Polk

State Bar No. 24126431
Email: ppolk@canteyhanger.com
**CANTEY HANGER LLP**
600 West 6th Street, Suite 300
Fort Worth, Texas 76102
Phone: 817-877-2800
Fax: 817-877-2807

**PROPOSED COUNSEL TO
THE OFFICIAL UNSECURED CREDITORS' COMMITTEE**

**EXHIBIT "A"**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**



**July 1, 2021**

**CLERK'S NOTICE 21-05**

<u>**PARTICIPATING IN HEARINGS USING WEBEX**</u>

For those participating in hearings using the Court's WebEx audio and video conferencing platform, please review the following information for helpful tips and instructions. WebEx Connection Information, providing applicable WebEx links and call-in numbers for the Judges in the Dallas, Fort Worth, and Wichita Falls Divisions, is attached to this Notice for your reference.

<u>**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**</u>

Please connect at least 10 minutes prior to the hearing time using one of the two options below. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours prior to the hearing.

<u>**Option 1**</u>: **Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who wish to speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument, or conducting examination are required to utilize the video function. The Court may consider special requests for other appearance options on a case-by-case basis. Please contact the appropriate courtroom deputy for the presiding judge for further information.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a smartphone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the Court or other participants.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

<u>**Option 2**</u>: **Call-in via phone (audio only).**

The meeting number/access code and dial-in number can be found on the attached WebEx Connection Information. Please use *6 or the mute function on your smartphone to mute your line.

## **HELPFUL HINTS AND ETIQUETTE**

- Please use the mute function when you are not speaking. Please be aware that sometimes the Court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the Court can get a good record. Also, use your proper name on your device or for your WebEx login when participating over video, so that the Court can more easily determine who is speaking.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The Court may consider special requests on a case-by-case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the Court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the appropriate courtroom deputy.

## **EXHIBITS AND DEMONSTRATIVE AIDS**

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF, with a true and correct copy of each designated exhibit filed as a separate, individual attachment, so that the Court and all participants have ready access to all designated exhibits. For voluminous exhibits, please consult the presiding judge's local exhibit requirements, as it may be necessary for you to provide the Court with an exhibit notebook or electronic file in advance of the hearing. For any witness who is to be called to testify remotely, the party calling the witness is responsible for supplying the witness or counsel, as appropriate, with paper copies of all designated exhibits prior to the hearing.

Demonstrative aids and PowerPoints should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

## WebEx Connection Information

WebEx Meeting Links:

| Judge Harlin D. Hale | https://us-courts.webex.com/meet/hale |
|---|---|
| Judge Stacey G. C. Jernigan | https://us-courts.webex.com/meet/jerniga |
| Judge Mark X. Mullin | https://us-courts.webex.com/meet/mullin |
| Judge Edward L. Morris | https://us-courts.webex.com/meet/morris |
| Judge Michelle V. Larson | https://us-courts.webex.com/meet/larson |

WebEx Teleconference Information:

| Judge Harlin D. Hale | Dial-in 650-479-3207  Access Code  476-420-189 |
|---|---|
| Judge Stacey G. C. Jernigan | Dial-in 650-479-3207  Access Code  479-393-582 |
| Judge Mark X. Mullin | Dial-in 650-479-3207  Access Code  474-603-746 |
| Judge Edward L. Morris | Dial-in 650-479-3207  Access Code  473-581-124 |
| Judge Michelle V. Larson | Dial-in 650-479-3207  Access Code  160-135-6015 |