## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| In re: | § | **Case No. 22-40487-mxm11** |
| **FORE MACHINE, LLC** | § | |
| **Debtor** | § | **Chapter 11** |
| | § | |
| | § | |
| | § | |

---

### FIRST AMENDED NOTICE OF HEARING

---

Please be advised that if a timely answer is filed, a final hearing on U.S. Bank National Association d/b/a U.S. Bank Equipment Finance's Motion for the Entry of Order for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code, and Rule 4001 of the Federal Rules of Bankruptcy Procedure will be held at 9:30 AM on  May 11, 2022, in the United States Bankruptcy Courthouse, Room 128, 501 W. Tenth Street, Fort Worth, Texas  76102.


Dated: April 27, 2022

Respectfully submitted,


**LAM, LYN & PHILIP, PC**


By: /s/ *Elizabeth Briscoe*
Elizabeth Briscoe
State Bar No. 24107075
ebriscoe@llppc-law.com
Kurt L. Lyn
State Bar No. 00786078
klyn@llppc-law.com
Joni M. Fraser
State Bar No. 24089878
jfraser@llppc-law.com
6213 Skyline Drive, Ste. 2100
Houston, Texas 77057
Tel: 713-981-0900
Fax: 713-772-7085
***Attorneys for U.S. Bank***

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on the 27th day of April 2022, to the parties listed below either electronically or by U.S. first class mail:

/s/ *Elizabeth Briscoe*
Elizabeth Briscoe

Fore Machine, LLC                                              ***U.S. First Class Mail***
5933 Eden Drive
Haltom City, TX 76117
***Debtor***

James T. Bentley
Winston & Strawn LLP
200 Park Ave.
New York, NY 10166
jbentley@winston.com
***Attorney for Debtor***

United States Trustee
1100 Commerce Street, Room 976
Dallas, Texas 75202
ustpregion06.da.ecf@usdoj.gov
***United States Trustee***

Elizabeth Ziegler Young
U.S. Trustee Office
1100 Commerce Street, Room 976
Dallas, TX 75242
elizabeth.a.young@usdoj.gov
***Attorney for United States Trustee***

Carrie V. Hardman, Winston & Strawn LLP
200 Park Avenue
New York, NY 10166
chardman@winston.com
***Attorney for Jointly Administered Party/Debtors Fore Capital Holding, LLC, Fore Aero
Holdings, LLC and Aero Components, LLC***

Laurie A. Spindler, Linebarger Goggan Blair & Sampson, LLP
2777 N. Stemmons Frwy Ste 1000
Dallas, TX 75207
Laurie.Spindler@lgbs.com
***Attorney for Creditor Tarrant County***

Joe E. Marshall, Marshall Law
2626 Cole Ave., Suite 300
Dallas, TX 75204
jmarshall@marshalllaw.net
*Attorney for Creditor Southfield Mezzanine Capital, L.P.*

J. Michael Sutherland, Carrington Coleman Sloman & Blumenthal
901 Main Street, Suite 5500
Dallas, TX 75202-3767
msutherland@ccsb.com
*Attorney for Creditor Regions Bank*

M. Jermaine Watson, Cantey Hanger LLP
Cantey Hanger Plaza
600 West 6th Street, Suite 300
Fort Worth, TX 76102-3685
jwatson@canteyhanger.com
*Attorney for Creditor Committee Official Unsecured Creditors' Committee*

Joe E. Marshall, Marshall Law
2626 Cole Ave., Suite 300
Dallas, TX 75204
jmarshall@marshalllaw.net
*Attorney for Creditor NewSpring Mezzanine Capital III, L.P.*

Amber Lauren James, AmberJames, PLLC
1316 5th Avenue
Fort Worth, TX 76104
amberjames@wtxlaw.com
*Attorney for Creditor GracoRoberts*

Brian Joel Smith, Whitaker Chalk Swindle & Schwartz PLLC
301 Commerce Street, Suite 3500
Fort Worth, TX 76102-4135
BSmith@whitakerchalk.com
*Attorney for Creditor A.J. Rod Company, Ltd.*

Katherine T. Hopkins, Kelly Hart & Hallman
201 Main Street, Suite 2500
Fort Worth, TX 76102
katherine.thomas@kellyhart.com
*Attorney for Creditor Eden Fort Worth Industrial, LLC*

Eboney D. Cobb, Perdue Brandon Fielder Collins & Mott
500 E. Border St, Suite 640
Arlington, TX 76010
ecobb@pbfcm.com
***Attorney for Creditor City of Haltom City***

Annmarie Antoniette Chiarello, Winstead PC
2728 N. Harwood Street
500 Winstead Building
Dallas, TX 75201
achiarello@winstead.com
***Attorney for Creditor Bell Textron, Inc.***

Jeff P. Prostok, Forshey & Prostok, LLP
777 Main St., Suite 1550
Ft. Worth, TX 76102
jprostok@forsheyprostok.com
***Attorney for Creditor Aero Components, Inc.***