## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| **FORE MACHINE, LLC,** *et al.* [1] | ) Case No. 22-40487 |
| | ) |
| | ) (Jointly Administered) |
| **Debtors.** | ) |
| | ) |

### NOTICE OF CONTINUANCE OF HEARING

**PLEASE TAKE NOTICE** that, pursuant to agreement by the parties, a hearing on the *Debtors' Motion and Joinder to Motion of Newspring Mezzanine Capital III, L.P. for the Designation of Aero Components, Inc*. [ECF No. 242] and the *Motion for the Designation of Aero Components, Inc*. [ECF No. 240] filed by NewSpring Mezzanine Capital III, L.P. in its capacity as administrative agent, which were scheduled to commence on Tuesday, May 3, 2022 at 2:30 p.m., Central Time before the Honorable Mark X. Mullin, United States Bankruptcy Judge for the Northern District of Texas, Fort Worth Division, 501 West Tenth Street, Courtroom 128, First Floor, Fort Worth, Texas 76102 have been continued to May 10, 2022 at 9:00 a.m. Central Time.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Fore Machine, LLC (1850), Fore Aero Holdings, LLC (2671), Fore Capital Holding, LLC (2920), and Aero Components, LLC (8616). The service address for Fore Aero Holdings, LLC, Fore Machine, LLC, and Fore Capital Holding, LLC is: 5933 Eden Drive, Haltom City, Texas 76117. The service address for Aero Components, LLC is 5124 Kaltenbrun Rd, Fort Worth, Texas 76119.

**PLEASE TAKE FURTHER NOTICE** that any remaining motion practice set for hearing on May 3, 2022 at 2:30 p.m. Central Time in the above-captioned case will proceed as scheduled.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: May 3, 2022 | **WINSTON & STRAWN LLP** |
| */s/ Joe E. Marshall* | */s/ Katherine A. Preston* |
| Joe E. Marshall (Texas Bar No. 13031100) | Katherine A. Preston (TX Bar No. 24088255) |
| **MARSHALL LAW** | 800 Capitol St., Suite 2400 |
| 2626 Cole Avenue, Suite 300 | Houston, Texas 77002 |
| Dallas, Texas 75204 | Telephone: (713) 651-2600 |
| Tel: (214) 579-9173 | Facsimile: (713) 651-2700 |
| E-mail: jmarshall@marshalllaw.net | Email: kpreston@winston.com |
| – and – | and |
| Robert Lapowsky (Admitted *pro hac vice*) | Timothy W. Walsh (admitted *pro hac vice*) |
| PA Bar No. 30991 | James T. Bentley (admitted *pro hac vice*) |
| **STEVENS & LEE, P.C.** | Emma Fleming (admitted *pro hac vice*) |
| 620 Freedom Business Center, Suite 200 | 200 Park Avenue |
| King of Prussia, Pennsylvania 19406 | New York, New York 10166 |
| Tel: (215) 751-2866 | Telephone: (212) 294-6700 |
| Fax: (610) 371-7958 | Facsimile: (212) 294-4700 |
| E-mail: robert.lawpowsky@stevenslee.com | Email: twwalsh@winston.com |
|  | Email: jbentley@winston.com |
| – and – | Email: efleming@winston.com |
| David W. Giattino (Admitted *pro hac vice*) | *Counsel to the Debtors and Debtors in Possession* |
| **STEVENS & LEE, P.C.** |  |
| 919 North Market Street, Suite 1300 |  |
| Wilmington, Delaware 19801 |  |
| Tel: (302) 654-5180 |  |
| Fax: (610) 371-7988 |  |
| E-mail: david.giattino@stevenslee.com |  |
| *Counsel to NewSpring Mezzanine Capital III, L.P., as Administrative Agent* |  |

## Certificate of Service

  I certify that on May 3, 2022, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Northern District of Texas.

                   */s/ Katherine A. Preston*
                   Katherine A. Preston