## **EXHIBIT B**

**PROFESSIONALS RENDERING SERVICES**

1

# EXHIBIT B
# PROFESSIONALS RENDERING SERVICES

| ATTORNEYS | | | | | |
|---|---|---|---|---|---|
| **Name of Professional Person** | **Position with Winston and Practice Area** | **Date of Bar Admission** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation**[1] |
| Timothy Walsh | Partner - Restructuring | 12/11/1991 | 1,385.00 | 477.25 | $660,991.25 |
| Timothy Walsh - Travel | Partner - Restructuring | 12/11/1991 | 692.50 | 4 | $2,770.00 |
| George Mastoris | Partner - Litigation | 6/22/2004 | 1,280.00 | 1.4 | $1,792.00 |
| Laura Petroff | Partner – Labor & Employment | 6/10/1986 | 1,230.00 | 1.2 | $1,476.00 |
| James Bentley | Partner - Restructuring | 5/7/2003 | 1,200.00 | 751.20 | $901,440.00 |
| James Bentley - Travel | Partner - Restructuring | 5/7/2003 | 600.00 | 12.5 | $7,500.00 |
| Ryan Walden | Partner – Private Equity | 6/20/2011 | 1,080.00 | 0.9 | $972.00 |
| Carrie Hardman | Partner - Restructuring | 4/29/2010 | 1,080.00 | 194.50 | $210,060.00 |
| Carrie Hardman - Travel | Partner - Restructuring | 4/29/2010 | 540.00 | 11.4 | $6,156.00 |
| David Stauber | Partner - Tax | 2/2/2009 | 1,080.00 | 5.2 | $5,616.00 |
| Katherine Preston | Partner - Litigation | 11/1/2013 | 1,075.00 | 5.40 | $5,805.00 |
| Todd Betor | Of Counsel - Tax | 10/7/2013 | 975.00 | 1 | $975.00 |
| Justin Trapp | Associate - Tax | 10/31/2013 | 1,020.00 | 3.7 | $3,774.00 |

---

[1] The figures presented herein do not include the total of $202,562.50 in voluntary fee and expense reductions agreed to during the Application Period and Post Effective Date Period.

1

| **ATTORNEYS** | | | | | |
|---|---|---|---|---|---|
| **Name of Professional Person** | **Position with Winston and Practice Area** | **Date of Bar Admission** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation**[1] |
| Kenneth Perkins | Associate - Restructuring | 9/16/2015 | 810.00 | 54.90 | $44,469.00 |
| Emma Fleming | Associate - Restructuring | 1/13/2020 | 725.00 | 583.00 | $422,675.00 |
| Elysa Chew | Associate - Restructuring | 1/14/2021 | 670.00 | 19.00 | $12,730.00 |
| Tristan Kirk | Associate – Labor & Employment | 12/3/2016 | 845.00 | 1.50 | $1,267.50 |
| Ji-Hong Sohn | Law Clerk | N/A | 640.00 | 0.50 | $320.00 |
| **SUBTOTAL FOR ATTORNEYS** | | | | **2,128.55** | **$2,290,788.75** |

| **PARAPROFESSIONALS** | | | | | |
|---|---|---|---|---|---|
| **Name of Professional Person** | **Position with Winston and Practice Area** | **Date of Bar Admission** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Paige Stepan | Paralegal - Corporate | N/A | 385.00 | 2.20 | $847.00 |
| LindaAnn Wyman | Paralegal - Corporate | N/A | 350.00 | 0.30 | $105.00 |
| Anne Suffern | Paralegal - Restructuring | N/A | 340.00 | 322.00 | $109,480.00 |
| Jamie Vargo | Paralegal - Litigation | N/A | 325.00 | 0.80 | $260.00 |
| Gordon Myers | Practice Support - Litigation | N/A | 300.00 | 29.50 | $8,850.00 |
| Michele Muzyk | Paralegal - Restructuring | N/A | 210.00 | 4.00 | $840.00 |

2

| PARAPROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| **Name of Professional Person** | **Position with Winston and Practice Area** | **Date of Bar Admission** | **Hourly Billing Rate** | **Total Hours Billed** | **Total Compensation** |
| Brian Beard | Practice Support - ediscovery | N/A | 210.00 | 1.10 | $231.00 |
| Stephen Wesclitz | Practice Support - Library | N/A | 240.00 | 0.3 | $72.00 |
| **SUBTOTAL FOR PARAPROFESSIONALS AND ADMINISTRATIVE PRACTICE SUPPORT** | | | | 360.20 | $120,685.00 |
| | | | | | |
| **Additional fees for preparation of this Application:** | | | | N/A | $20,000.00 |
| | | | | | |
| **TOTAL** | | | | 2,488.75 | $2,431,473.75 |

3